**Order entered March 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00414-CV

### MARY HELEN WILLIAMS-WHITE, Appellant

### V.

### HENRY M. WHITE, Appellee

**On Appeal from the 59th Judicial District Court
Grayson County, Texas
Trial Court Cause No. FA-12-0829**

## ORDER

Before the Court is appellee's February 27, 2014 amended motion to strike and disregard documents filed by appellant on February 14, 2014 and February 24, 2014. The documents appellee seeks to strike have been treated as letters received and not briefs. Accordingly, we **DENY** as moot appellee's amended motion.

The reporter's record is due on April 2, 2014. Appellant's brief will be due thirty days after the date the reporter's record is filed. *See* TEX. R. APP. P. 38.1 & 38.6(a).

/s/     ADA BROWN
           JUSTICE